# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| JEANETTE JERGENS,<br><br>Plaintiff,<br><br>vs.<br><br>MARIAS MEDICAL CENTER, et al,<br><br>Defendants. | **CV 20-15-GF-BMM**<br><br><br><br>**ORDER** |

Defendants filed a Motion to Exclude Plaintiff's Damage Expert.  Doc. 29. The Court scheduled trial for this case for August 17, 2021.  Doc. 14.  All parties have filed motions for summary judgment.  Docs. 19, 32, 37.  Those motions remain pending.  The Court scheduled a hearing for May 17, 2021 to resolve these motions for summary judgment.  Doc. 34.

In an effort to preserve resources and to focus the scope of the hearing, the Court will defer ruling on Defendants' Motion to Exclude Plaintiff's Damage Expert.  Defendants remain free to renew their motion closer to trial and once the Court has resolved all pending and future dispositive motions.  Likewise, the Court will defer responding to the parties' various requests for judicial notice until closer to trial.

1

**IT IS HEREBY ORDERED**:

1.  Defendants' Motion to Exclude Plaintiff's Damage Expert (Doc. 29) is **DENIED** without prejudice.

Dated the 12th day of April, 2021.

_____

Brian Morris, Chief District Judge
United States District Court