# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JEANETTE JERGENS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIAS MEDICAL CENTER, et al.,<br><br>　　　　Defendants. | Case No. CV-20-15-GF-BMM<br><br>**ORDER** |

Upon Plaintiff's Motion to Appear Remotely (Doc. 56) and with good cause shown, IT IS HEREBY ORDERED that Plaintiff's Counsel may appear by Zoom at the May 24, 2021 motion hearing.  Plaintiff's counsel will contact the Clerk of Court for the Zoom information.

DATED this 19th day of May, 2021.

_/s/ Brian Morris_____
Brian Morris, Chief District Judge
United States District Court