UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEANETTE JERGENS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARIAS MEDICAL CENTER, et al,,<br><br>　　　　　Defendant. | Case No. CV-20-15 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff Jergens's Motion for Summary Judgment [19] is DENIED. Defendant Lamb's Motion for Summary Judgment [32] is GRANTED. Defendant Lamb is DISMISSED with prejudice. Defendants' Motion for Summary Judgment [37] is GRANTED. This case is DISMISSED with prejudice.

Dated this 30th day of July, 2021.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　　　M. Stewart, Deputy Clerk